**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana A. Hart (SBN: 306499)
yana@kazlg.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
TOY PARKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOY PARKER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KUSHAGRAM,<br><br>  Defendant. | Case No. 8:20-cv-01501-CJC-ADS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Notice is hereby given that this matter has been settled between Plaintiff Toy Parker ("Plaintiff") and Defendant Kushagram ("Defendant") (collectively, the "Parties") on an individual basis. The Parties believe that the settlement agreement will be fully executed within 60 days, and that the settlement terms will be fully performed by May 31, 2021. The Parties will file a joint motion requesting that the matter be stayed. And after the Parties fully perform their obligations under the settlement agreement, they will file a joint motion for dismissal of the action with prejudice as to Plaintiff's claims, and without prejudice as to the class.

Dated: January 14, 2021

KAZEROUNI LAW GROUP, APC

By      /s/ Yana A. Hart
            YANA A. HART

Attorney for Plaintiff
TOY PARKER

Dated: January 14, 2021

WESTEN LAW, P.C.

By      /s/ Tin K. Westen
            TIN K. WESTEN

Attorney for Defendant
KUSHAGRAM

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Defendant's counsel, Tin K. Westen, and that I have obtained Ms. Westen's permission to affix her electronic signature to this document.

Dated: January 14, 2021

                                         KAZEROUNI LAW GROUP, APC

                              By        /s/ Yana A. Hart
                                         YANA A. HART

                                         Attorney for Plaintiff
                                         TOY PARKER