UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SACV 20-01501-CJC (ADSx) | Date January 14, 2021 |
| Title Toy Parker v. Kushagram | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Chery Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT NOTICE OF SETTLEMENT**

Having been advised by a Joint Notice of Settlement [18] that the case has been settled between plaintiff and defendant on an individual basis, and that plaintiff anticipates filing a dismissal without prejudice as to the putative class, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction through and including May 31, 2021 to vacate this order and to reopen the action upon showing of good cause that the settlement has not been consummated.

-       :       -

Initials of Deputy Clerk:       cw